| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas (State) |
| Case number *(if known)*: _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's Name | **Seadrill Leo Ltd.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **N/A** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **N/A** |
| 4. | Debtor's address | **Principal place of business**<br><br>**Par-la-Ville Place**<br>Number        Street<br>**14 Par-la-Ville Road**<br><br>**Hamilton, Bermuda HM 08**<br>City                         State     Zip Code<br><br><br>County | **Mailing address, if different from principal place of business**<br><br>**566 Chiswick High Road**<br>Number        Street<br>**Chiswick Business Park**<br>P.O. Box<br>**London, United Kingdom, W4 5YS**<br>City                         State     Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br><br>City                         State     Zip Code |
| 5. | Debtor's website (URL) | **https://seadrillpartners.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **Seadrill Leo Ltd.**                             Case number *(if known)*
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check One:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**2111 (Oil and Gas Extraction)** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check One:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11.  *Check all that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When MM/DD/YYYY  Case number _____<br>             District _____  When MM/DD/YYYY  Case number _____ |

Debtor  **Seadrill Leo Ltd.**    Case number *(if known)*
         Name

| | | | | |
|---|---|---|---|---|
| **10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes. | Debtor **See Rider 1**<br><br>District **Southern District of Texas**<br><br>Case number, if known **17-60079 (DRJ)** | Relationship<br><br>When | **Affiliate**<br><br>**09/12/2017; 12/01/2020**<br>MM / DD / YYYY |

**11.** Why is the case filed in *this* district?

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No[1]

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City        State    Zip Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13.** Debtor's estimation of available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

[1] The Debtors provide offshore drilling services, including the operation of a rig fleet. The Debtors note that the term "imminent and identifiable hazard" is not defined in this form; however, the Debtors do not believe they own or possess any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  **Seadrill Leo Ltd.**　　　　　　　Case number *(if known)*
　　　　Name

| 14. Estimated number of creditors[2] | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☒ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**12/01/2020**
　　　　　　　MM/ DD / YYYY

✗ **/s/ *Mohsin Y. Meghji*** 　　　　　　　**Mohsin Y. Meghji**
　Signature of authorized representative of debtor　　Printed name

　Title　**Authorized Signatory**

**18. Signature of attorney**

✗ **/s/ *Matthew D. Cavenaugh*** 　　　　　Date　**12/01/2020**
　Signature of attorney for debtor　　　　　　　MM/DD/YYYY

**Matthew D. Cavenaugh**
Printed name

**Jackson Walker L.L.P.**
Firm name

**1401 McKinney Street**
Number　　　　Street

**Houston**　　　　　　　　　　　　　**Texas**　　　**77010**
City　　　　　　　　　　　　　　　　State　　　ZIP Code

**(713) 752-4200**　　　　　　　　　　　**mcavenaugh@jw.com**
Contact phone　　　　　　　　　　　　Email address

**24062656**　　　　　　　　　　　　　**Texas**
Bar number　　　　　　　　　　　　　State

---

[2] The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

| **Fill in this information to identify the case**: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Southern District of Texas | |
| (State) | |
| Case number *(if known)*: _____ Chapter __11__ | |

☐ Check if this is an amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On September 12, 2017, the Debtor's affiliate, Seadrill Limited and 85 affiliated entities (collectively, the "Seadrill Limited Debtors") filed petitions in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. A plan of reorganization was confirmed in the Seadrill Limited Debtors' cases on April 17, 2018, and such plan went effective on July 2, 2018. Except with respect to the case of Seadrill Limited, Case No. 17-60079 (DRJ), each of the Seadrill Limited Debtors' cases are now closed.

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors intend to move for joint administration of these cases under the case number assigned to the chapter 11 case of Seadrill Partners, LLC.

| | |
|---|---|
| Seadrill Partners LLC | Seadrill OPCO Sub LLC |
| Seabras Rig Holdco Kft. | Seadrill Operating GP LLC |
| Seadrill Auriga Hungary Kft. | Seadrill Operating LP |
| Seadrill Canada Ltd. | Seadrill Partners B.V. |
| Seadrill Capricorn Holdings LLC | Seadrill Partners Finco LLC |
| Seadrill China Operations Ltd. | Seadrill Partners Malaysia Sdn. Bhd. |
| Seadrill Deepwater Drillship Ltd. | Seadrill Partners Operating LLC |
| Seadrill Ghana Operations Ltd. | Seadrill Polaris Ltd. |
| Seadrill Mobile Units (Nigeria) Ltd. | Seadrill T-15 Ltd. |
| Seadrill Gulf Operations Auriga LLC | Seadrill T-16 Ltd. |
| Seadrill Gulf Operations Sirius LLC | Seadrill Texas LLC |
| Seadrill Gulf Operations Vela LLC | Seadrill US Gulf LLC |
| Seadrill Hungary Kft. | Seadrill Vela Hungary Kft. |
| Seadrill International Ltd. | Seadrill Vencedor Ltd. |
| Seadrill Leo Ltd. | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEADRILL LEO LTD., | ) Case No. 20-_____(___) |
| Debtor. | ) |

**LIST OF EQUITY SECURITY HOLDERS**[3]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Seadrill Leo Ltd. | Seadrill Operating LP | Trust Company Complex Ajeltake Road, Ajeltake Island Majuro, Republic of Marshall Islands MH 96960 | 100% |

---

[3] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL LEO LTD., | Case No. 20-_____(___) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Seadrill Operating LP | 100% |

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Seadrill Partners LLC.,** *et al.* | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number *(If known)*: | (State) | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 1 | Seadrill Limited<br><br>2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, UK | Sandra Redding<br>Sandra.redding@seadrill.com<br>336-282-9088 | Contract | Disputed | | | $55,652,675 |
| 2 | Transocean<br><br>4 Greenway Plz<br>Houston, TX 77027 | Brady Long<br>Brady.long@deepwater.com<br>41-41-749-0500 | Settlement | | | | $6,666,667 |
| 3 | Marsh AS<br><br>Karenslyst Allé 20, 0278, OSLO, OSLO Norway | Susan A. Stone<br>broker.seadrill@marsh.com<br>212-345-5000 | Trade Payable | | | | $3,808,920 |
| 4 | Baker & Hostetler LLP<br><br>Key Tower, 127 Public Square Suite 2000 Cleveland, OH 44114 | John D. Parker<br>jparker@bakerlaw.com<br>212-589-4200 | Professional | | | | $900,816 |

---

[1] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 5 | Prime Ocean Personnel Services LLC<br><br>1300 Rayford Park Road, Spring, TX 77386 | Jennifer Massari<br>info@primeoceangroup.com<br>832-616-3458 | Trade Payable | | | | $325,594 |
| 6 | Dammers Ship Agencies<br><br>Kaya Flamboyan 11, Willemstad, Curaçao | Robert van Heulen;<br>general@dammers-group.com;<br>599-737-0600 | Trade Payable | | | | $290,193 |
| 7 | Puglisevich Crews And Services Limited<br><br>611 Torbay Rd, St. John's, NL A1A 5J1, Canada | Bob Barron<br>bob.barron@puglisevich.com<br>709-722-2744 | Trade Payable | | | | $286,537 |
| 8 | Speedcast Communications (India) PVT Ltd.<br><br>501, Sheetal Enclave, Malad West Mumbia Mumbai City MH 400064 IN | bhargavi.gadre@bharucha.in | Trade Payable | | | | $238,961 |
| 9 | Oil And Gas International FZE<br><br>PO Box 49743 Hamriyah Free Zone Phase-1, Sharjah, UAE | Ranjith Samansiri<br>mail@ogi-fze.com<br>971-6-5264868 | Trade Payable | | | | $194,446 |
| 10 | Eastern Petro Technologies India PVT Ltd.<br><br>Samalkota-Kakinada Bypass, Kakinada Industrial Area, Kakinada, Andhra Pradesh 533005, India | Chakradhar Prasad Mavulti<br>info@easternpetro.biz<br>91-891-2516680 | Trade Payable | | | | $134,788 |
| 11 | BDO, LLP.<br>622 3rd Ave #3100, New York, NY 10017 | Judith Grimmer<br>jgrimmer@bdo.com<br>312-729-7958 | Professional | | | | $132,679 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 12 | Oceaneering Solus (Malaysia) SDN BHD<br><br>No.2 Jalan Sungai Kayu Ara 32/31, Berjaya Industrial Park, Seksyen 32, 40460 Shah Alam, Selangor, Malaysia | Mark Peterson<br>malaysia-ooi@oceaneering.com<br>603-2174-9200 | Trade Payable | | | | $131,602 |
| 13 | Workstrings International, LLC<br><br>1150 Smede Hwy, Broussard, LA 70518 | Brian Mouille<br>bmouille@workstrings.com<br>47-5131-3950 | Trade Payable | | | | $131,097 |
| 14 | Wellbore Integrity Solutions, LLC<br><br>1310 Rankin Rd, Houston, TX 77073 | Todd Strickler<br>Todd.strickler@wellboreintegrity.com<br>281-975-2500 | Trade Payable | | | | $115,247 |
| 15 | DF Barnes Fabrications Limited<br><br>45 Pepperrell Rd, St. John's, NL A1A 5N8, Canada | Catherine Ryan<br>cryan@dfbarnes.com<br>709-726-6820 | Trade Payable | | | | $112,401 |
| 16 | American Bureau of Shipping Chennai<br><br>Rukmani Lakshmipathi Rd, Egmore, Chennai, Tamil Nadu 600008, India | Bob Clyne<br>rclyne@eagle.org<br>281-877-6000<br>91-95661-52907 | Trade Payable | | | | $109,348 |
| 17 | Moody`s Investors Service<br><br>7 World Trade Center, 250 Greenwich St, New York, NY 10007 | John J. Goggins<br>john.goggins@moodys.com<br>212-553-1912 | Trade Payable | | | | $101,151 |
| 18 | Alvarez & Marsal North America<br><br>600 Madison Ave, New York, NY 10022 | Scott Coleman<br>scoleman@alvarezandmarsal.com<br>212-328-8671 | Professional | | | | $100,635 |

3

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 19 | Kesuma Shipping SDN BHD-Labuan<br><br>No. 17, Jalan Patau PatauLabuan, 87000 Labuan, Malaysia | hussin.ba@kesuma.com.my<br>6085-41-8908 | Trade Payable | | | | $81,101 |
| 20 | Sri Sai Oilfield Equipments And Marine Services<br><br>Plot no: 4-B, IDA, Industrial Estate, Vakalapudi, Kakinada, Andhra Pradesh 533005, India | Andhra Pradesh<br>91-99892-91199<br>ssoilfield@srisaioilfield.com | Trade Payable | | | | $75,693 |
| 21 | 3C Metal Asia Sdn Bhd<br><br>3C Metal / 3C Supply 3210 Route de Larvath 64150 Sauvelade France | Philippe Boy<br>33-05-59-67-64-67<br>office@3cmetal.com | Trade Payable | | | | $72,873 |
| 22 | Sodexo India Services Private Limited<br><br>603, PS Srijan Corporate Park II, Salt Lake Bypass, GP Block, Sector V, Bidhannagar, Kolkata, West Bengal 700091, India | Sonal Shah<br>sonal.shah@sodexo.com | Trade Payable | | | | $70,812 |
| 23 | Stavanger Engineering AS<br><br>Auglendsdalen 78, 4017 Stavanger, Norway | Jan Robert Olsen<br>jro@staveng.no<br>47-908-87-801 | Trade Payable | | | | $57,220 |
| 24 | Tamrotor Marine Compressors AS<br><br>Professor Birkelands vei 24D, 1081 Oslo, Norway | Hans Petter Tanum<br>htanum@tmc.no<br>47-992-17-040 | Trade Payable | | | | $55,784 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 25 | SapuraKencana Drilling Asia Limited<br><br>23 Fl. Rasa Tower 1, 555 Phaholyothin Rd, Chatuchak, Bangkok 10900 | napawan.sondee@skdrilling.com | Trade Payable | | | | $52,015 |
| 26 | OCS Services (India) Pvt Ltd.<br><br>407-411, Oberoi Chambers II, 645, 646, New Link Rd, Andheri West, Mumbai, Maharashtra 400053, India | Utsav Shah<br>91-22-6640-9000<br>ocsin@ocs.services | Trade Payable | | | | $51,982 |
| 27 | Marine Layup Services PTE Ltd.<br><br>17 Upper Circular Rd, #02-00 Juta Building, Singapore 058415 | 61-415-285-168<br>enquiries(at)marinelayup.com | Trade Payable | | | | $50,163 |
| 28 | MSTS Asia Sdn<br><br>606 & 607, Jalan Melaka Raya 10, Taman Melaka Raya, 75000 Melaka, Malaysia | Ts. Azhar Md Nayan<br>60-6-292-2069<br>info@msts-my.org | Trade Payable | | | | $49,694 |
| 29 | Safety Management Systems, LLC<br><br>P.O. Box 98000<br>Lafayette, LA 70509 | Scott Guidry<br>337-521-3400 | Trade Payable | | | | $46,108 |
| 30 | Oceaneering International GMBH<br><br>11911 FM 529<br>Houston, TX 77041 | David Lawrence<br>713-329-4500 | Trade Payable | | | | $38,509 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Seadrill Leo Ltd. |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number (If known): | |

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 12/01/2020 | ☒ /s/ *Mohsin Y. Meghji* |
|---|---|
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Mohsin Y. Meghji** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202             Declaration Under Penalty of Perjury for Non-Individual Debtors

Confidential

# MINUTES OF SPECIAL MEETING OF THE
# BOARD OF DIRECTORS OF
# SEADRILL LEO LTD.

## NOVEMBER 29, 2020
_____

A duly called and noticed meeting of the Board of Directors (the "**Board**") of SEADRILL LEO LTD., a company formed under the laws of Bermuda (the "**Company**"), was held by teleconference call on November 29, 2020. The following directors, constituting a quorum of members of the Board, were present on the call:

- John Thomas Roche
- Mohsin Meghji
- Anthony R. Horton

Also in attendance telephonically, by invitation of the Board, were various individuals representing advisors of the Company from (i) the Company's counsel, (ii) Evercore Partners as financial advisor, and (iii) M-III Partners LP as restructuring advisor (collectively, the "**Retained Professionals**").

Mr. Roche chaired the meeting and acted as Secretary for the meeting. The meeting was called to order at 10:00PM (London Time). Mr. Meghji announced that a quorum was present and that the meeting was duly convened.

Mr. Bernbrock presented to the Board the resolutions relating to the voluntary petition for relief under applicable bankruptcy law and seeking necessary relief in the form attached hereto as Exhibit A (the "**Bankruptcy Filing Resolutions**").  Mr. Bernbrock provided a high level review of each of the Bankruptcy Filing Resolutions.  Significant discussion and questions and answers followed.

Upon a motion duly made and seconded, the Board approved and adopted the Bankruptcy Filing Resolutions.

Confidential

-2-

**<u>ADJOURNMENT</u>**

There being no further business, the meeting was adjourned.

Respectfully submitted,

_____
John Roche
Secretary of the Meeting

Confidential

# EXHIBIT A

## Resolutions

VOLUNTARY PETITION FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF

WHEREAS, the management of the Companies and the Companies' financial and legal advisors have provided to the Board of each Company certain materials regarding the liabilities and obligations of each Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on each Company's business, and the Board of each Company has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to such Company; and

WHEREAS, in the judgment of the Board of each Company, it is desirable and in the best interest of the Companies, its interest holders, its creditors, and other parties in interest, that each Company file or cause to be filed a voluntary petition for relief (the "**Bankruptcy Petition**") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "**Bankruptcy Code**") for each Company and any applicable foreign ancillary proceedings for each Company; and, in accordance with the requirements in each Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petition and the foreign ancillary proceedings, if any;

NOW, THEREFORE, BE IT RESOLVED, that each of the following persons:

John Thomas Roche;

Mohsin Meghji; and

Anthony R. Horton

(each such person, an "**Authorized Person**" and, together, with any persons to whom any such Authorized Person delegates certain responsibilities, collectively, the "**Authorized Persons**"), acting alone or with one or more other Authorized Persons be, and they hereby are, authorized to execute (under the common seal of each Company, if appropriate) and file on behalf of each Company and its subsidiaries the Bankruptcy Petition and any and all petitions, schedules, lists, and other motions, papers, or documents pursuant to the Bankruptcy Petition, and to take any and all action that such Authorized Person deems necessary or proper to obtain such relief under the Bankruptcy Code, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of each Company's or any of its subsidiary's businesses.

GENERAL

FURTHER RESOLVED, that each of the Authorized Persons be, and hereby is, authorized, empowered and directed to execute (under the Common Seal of each Company, if appropriate) and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, including the Bankruptcy Petition, and to perform such further actions and execute (under the Common Seal of each Company, if appropriate) such further documentation that such Authorized Person in their absolute discretion deems necessary, appropriate or desirable in accordance with these resolutions;

FURTHER RESOLVED, that any direct or indirect subsidiary of each Company or any entity of which each Company or any subsidiary of each Company is the sole member, general partner, managing member, or equivalent manager, as applicable, be, and hereby is, authorized to take each of the actions described in these resolutions or any of the actions authorized in these resolutions, and for the avoidance of doubt, none of the resolutions contained herein, or action taken in furtherance hereto, are intended to have or cause an adverse effect on any such subsidiary or each Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law);

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by each Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute (under hand or under the Common Seal of the Company if appropriate), acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of each Company relating to the Bankruptcy Petition;

FURTHER RESOLVED, that each of the Authorized Persons be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute (under the Common Seal of each  Company, if appropriate), acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that the Board of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice;

FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing Resolutions except

-4-

-5-

that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board of each Company; and

FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized to do all such other acts, deeds and other things as each Company itself may lawfully do, in accordance with its governing documents and applicable law, howsoever arising in connection with the matters above, or in furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution (under hand or common seal, whether or not expressed to be a deed, as may be necessary or appropriate) and delivery of any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents whatsoever as the individual acting may in his/her absolute and unfettered discretion approve, deem or determine necessary, appropriate or advisable, such approval, deeming or determination to be conclusively evidenced by said individual taking such action or the execution thereof.